360 A.2d 631

Tegler v. Southland Corporation, Appellant, et al.

Argued June 21, 1976. Timothy B. Barnard, with him Thomas J. Beagan, Jr., for appellant; William D. March, for appellees, C. William Kraft, Jr., and Frances M. Kraft, his wife; Joseph F. Busacca, with him Manchel, Lundy & Lessen, for appellees, Thomas D. Tegler, Jr., a minor, et al.

Order affirmed.

359 A.2d 926

Tulis v. Solveson et ux., Appellants.

Argued June 14, 1976. Mark Lemle Amsterdam, with him John E. Solveson, *in propria persona*, for appellants; Joseph J. Malizia, for appellee.

Judgment affirmed.